United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONY SINGH, | No. C 10-00989 WHA |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| SANTANDER CONSUMER USA, INC., | |
| Defendant. / | |

On June 3, 2010, the parties filed a joint motion to dismiss this action *with prejudice* (Dkt. No. 11). The joint motion was signed by counsel for both sides. Had counsel properly filed a stipulation of dismissal pursuant to FRCP 41(a)(1)(ii), no court order would have been necessary to dismiss this case. Nevertheless, the joint motion to dismiss this action with prejudice, signed by counsel for both sides, is **GRANTED**. **THE CLERK SHALL CLOSE THE FILE.**

**IT IS SO ORDERED.**

Dated: June 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE